# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Melvin  Lynch**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00011-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryan M. Wiggins**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2021 Order.

June 8, 2021


Frank G. Johns, Clerk
United States District Court